JULIANA NESSINE v. HOWE MYRTLE REALTY COMPANY.

September 16, 1975. Cross-petition for certification denied.

STATE OF NEW JERSEY, v. CHARLETON S. MACK, JR.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. SUSANNE M. HESS.

September 16, 1975. Petition for certification denied.

WILANN ASSOCIATES v. BOROUGH OF ROCKLEIGH.

September 16, 1975. Petition for certification denied.

JOHN C. O'CONNOR v. DAVID W. GWYNN.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JIMMIE LEE BLACK.

September 16, 1975. Petition for certification denied.